UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| **Walter Taylor**, | ) | |
| | ) | Case No. 1:08-cv-741 |
| Plaintiff, | ) | |
| | ) | Hon. Paul L. Maloney |
| v. | ) | |
| | ) | |
| **Financial Recovery Services, Inc.**, | ) | |
| a Minnesota corporation, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**Stipulation to Dismissal**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, plaintiff Walter Taylor, through his attorney of record, and defendant Financial Recovery Services, Inc., through its attorneys of record, being all of the parties who have appeared in this action, stipulate to its immediate dismissal with prejudice, and without costs to any party.


Dated: September 18, 2008       /s/ Phillip C. Rogers
                                Phillip C. Rogers (P34356)
                                Attorney for Plaintiff
                                40 Pearl Street, N.W., Suite 336
                                Grand Rapids, Michigan 49503-3026
                                (616) 776-1176
                                ConsumerLawyer@aol.com


Dated: September 18, 2008       /s/ Michael S. Poncin
                                Michael S. Poncin (MN Bar #296417)
                                Moss & Barnett
                                Attorneys for Defendant
                                4800 Wells Fargo Center
                                90 South Seventh Street
                                Minneapolis, Minnesota 55402
                                (612) 877-5000
                                poncinm@moss-barnett.com